UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

LYNN R. SIEVERT, and STACEY YVONNE : 
SIEVERT, :
:
Plaintiffs, :
: CASE NO. _____
v. :
: JUDGE _____
CITY OF CHATTANOOGA, and OFFICER :
JULIAN BEAVERS, in his official capacity as : JURY DEMAND
an agent for the City of Chattanooga and in his :
individual capacity, :
:
Defendants. :

## NOTICE OF REMOVAL

Come now the Defendants, City of Chattanooga, Tennessee, and Officer Julian Beavers, individually and in his official capacity, (collectively "Defendants") by and through counsel, without waiving any defenses and in specific reservation thereof, and respectfully show unto this Honorable Court the following:

This Court has original jurisdiction of this action under federal question jurisdiction pursuant to 28 U.S.C. § 1331. The action may be removed to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446 for the following reasons:

1. On September 27, 2017, Plaintiffs filed suit against Defendants in the Circuit Court of Hamilton County, Tennessee, in an action styled *Lynn R. Sievert, et al. v. City of Chattanooga*, *et al.*, Case Number 17C1085. Attached hereto as Exhibit "A" is a copy of all process, pleadings, and orders served upon Defendants in the action. No further proceedings have occurred in the Circuit Court of Hamilton County, Tennessee.

2.      The City of Chattanooga was served with a copy of the complaint and summons on October 6, 2017. Officer Beavers received notice of the complaint and summons on October 4, 2017, but he has not been properly served pursuant to law. No other party has been properly joined and served. This Notice of Removal is filed within the time allowed under 28 U.S.C. § 1446(b) as thirty (30) days have not yet expired since Defendants were first served with a copy of the complaint and summons.

3.      This action is a civil action in which Plaintiffs allege that Defendants violated their civil rights under color of law and seek to recover damages and other relief as provided by federal law pursuant to 42 U.S.C. §§ 1983 and 1988.

4.      Pursuant to 28 U.S.C. § 1441(a), "Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

5.      Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

6.      This case allegedly arises under the laws of the United States. Hence this Court has original jurisdiction, and removal of the case is proper.

7.      Venue is proper in this Court since this United States District Court embraces the County of Hamilton, State of Tennessee.

8.      As required by 28 U.S.C. § 1446(d), promptly after the filing of this notice of removal, Defendants will give written notice thereof to all adverse parties and will file a copy of

the notice with the clerk of the Circuit Court of Hamilton County, Tennessee, which shall effect the removal, and the State court shall proceed no further unless and until the case is remanded.

WHEREFORE, Defendants pray that the above-titled action be removed from the Circuit Court of the State of Tennessee, County of Hamilton, to this Court.

This 2nd day of November, 2017.

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY
CITY OF CHATTANOOGA, TENNESSEE


By: ____s/ Melinda Foster_____
MELINDA FOSTER (BPR No. 28769)
KEITH J. REISMAN (BPR No. 025962)
*Assistant City Attorneys*
100 East 11th Street, Suite 200
Chattanooga, TN 37402
(423) 643-8250 (Telephone)
(423) 643-8255 (Facsimile)

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the undersigned has this day served a true and correct copy of the foregoing pleading by depositing same in the United States mail, postage prepaid, and addressed to the following:

> Robin R. Flores, Esq.
> Attorney at Law
> 4110-A Brainerd Road
> Chattanooga, TN 37411

This 2nd day of November, 2017.

s/ Melinda Foster